

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00928-CV

Jimmy **ADOCK**,
Appellant

v.

**FIVE STAR RENTALS/SALES INC**.,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 16480B
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we **ORDER** the abatement lifted and reinstate the appeal on this court's docket. The joint motion to dismiss is **GRANTED** and this appeal is **DISMISSED**.

We order that appellee Five Star Rentals/Sales Inc. recover its costs of this appeal, if any, from appellant Jimmy Adock.

SIGNED February 6, 2019.

_____
Beth Watkins, Justice